## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ROBIN COLLINS, individually, and as Parent
and next friend of B.C.,

       Plaintiff,

  vs.

ASCENSION VIA CHRISTI HOSPITALS,
INC., and ASCENSION MEDICAL GROUP
VIA CHRISTI, P.A.,

       Defendants.

Case No. 6:22-cv-01223-JAR-RES

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective counsel of record and, pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of the above captioned

action with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/ Sean M. McGivern*
Sean M. McGivern KS #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
Graybill & Hazlewood, LLC

**ATTORNEY FOR PLAINTIFF**

*/s/ Robert A. Sheffield*
Robert A. Sheffield, KS #25732
Direct: 816.627.4432
E-Fax: 816.817.1622
rsheffield@littler.com
Christopher M. Helt, D. Kan. #78844
Direct: 816.627.4435
E-Fax: 816.817.6543
chelt@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of June, 2023, the above and foregoing was filed using the Court's CM/ECF system, which sent notice of same to all counsel of record:

*/s/  Sean M. McGivern*
**ATTORNEY FOR PLAINTIFF**